IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>Plaintiff, )<br>v. )<br>)<br>ROBERTO VELASQUEZ-JARDON, )<br>)<br>Defendant. ) | Criminal Action No. 05- 90<br><br>REDACTED |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Count I

On or about September 26, 2005, in the District of Delaware, Roberto Velasquez-Jardon, the defendant, an alien and subject of Mexico, who had been deported from the United States on or about April 16, 1994, September 11, 1995, and February 25, 1998, was found in the United States and the defendant was knowingly in the United States, and prior to the defendant's re-embarkation at a place outside the United States, neither the Attorney General of the United States nor the Undersecretary for Border and Transportation Security, Department of Homeland Security, had expressly consented to the defendant's re-application for admission, in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

A TRUE BILL:

_____
Foreperson

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 10-13-05

FILED
OCT 13 2005
U.S. DISTRICT COURT
DISTRICT OF DELAWARE