*Filed in Open court (EW)*

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) Criminal Action No. 05-90-SLR |
| ROBERTO VELASQUEZ-JARDON, | ) |
| Defendant. | ) |

### MOTION FOR DETENTION HEARING

**NOW COMES** the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. § 3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    _____ Crime of violence (18 U.S.C. § 3156)

    _____ Maximum sentence life imprisonment or death

    _____ 10+ year drug offense

    _____ Felony, with two prior convictions in above categories

    __X__ Serious risk defendant will flee

    _____ Serious risk obstruction of justice

2.  **Reason For Detention**.  The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

    ___✕___  Defendant's appearance as required

    _____  Safety of any other person and the community

3.  **Rebuttable Presumption**.  The United States (will / will not) invoke the rebuttable presumption against defendant under § 3142(e).  (If yes) The presumption applies because (**check one or both**):

    _____  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. § 924(c)

    _____  Previous conviction for "eligible" offense committed while on pretrial bond

4.  **Time For Detention Hearing** .  The United States requests the court conduct the detention hearing,

    _____  At first appearance

    _X_  After continuance of _3_ days (not more than 3).

5.  **Temporary Detention**.  The United States request the temporary detention of the defendant for a period of ____ days (not more than 10) so that the appropriate officials can be notified since (**check 1 or 2, and 3**):

    _____  1.  At the time the offense was committed the defendant was:

        _____  (a) on release pending trial for a felony;

2

    \_\_\_\_ (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

    \_\_\_\_ (c) on probation or parole for an offense.

\_\_\_\_\_ 2. The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

\_\_\_\_\_ 3. The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

_____

DATED this 14th day of November, 2005.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney