UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,              )
                                       )
                Plaintiff,             )
                                       )
                                       )    CASE NO.  CR 05-90 SLR
         vs.                           )
                                       )
Roberto Valesquez - Jardon             )
                                       )
                Defendant.             )

## O R D E R

The defendant, upon entering a plea of not guilty to the

Indictment on  *November 17, 2005*  requested, through counsel,

additional time to file pretrial motions.  The Court having

considered the request,  it is **ORDERED** that the deadline for the

defendant to file pretrial motions is extended until *December 16, 2005*

The time between the date of this order and  *December 16, 2005*

shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et

seq.).



Honorable Mary Pat Thynge
U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney

FILED

NOV 17 2005

U.S. DISTRICT COURT
DISTRICT OF DELAWARE