AO 442  (Rev. 5/93) Warrant for Arrest

## UNITED STATES DISTRICT COURT

_____ District of _____ DELAWARE _____

| UNITED STATES OF AMERICA | |
|---|---|
| V. | **WARRANT FOR ARREST** |
| ROBERTO VELASQUEZ - JARDON | Case Number: CR 05-90-UNA |

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    ROBERTO VELASQUEZ - JARDON
                                       Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

X  Indictment   ☐ Information   ☐ Complain   ☐ Order of court    Violation    Probation Violation Petition

charging him or her     (brief description of offense)

REENTRY AFTER FELONY DRUG CONVICTION AND SUBSEQUENT DEPORTATION

in violation of _____ 8 _____ United States Code, Section(s) _____ 1326(a) and (b)(2) _____

Peter T. Dalleo                                 Clerk, United States District Court
Name of Issuing Officer                         Title of Issuing Officer

By: [signature], Deputy Clerk                   October 14, 2005 in Wilmington, DE
Signature of Issuing Officer                    Date and Location

Bail fixed at $ _____ by _____

**FILED**
JUN 09 2006
Name of Judicial Officer
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

### RETURN

This warrant was received and executed with the arrest of the above-named defendant _____

Roberto Velasquez - Jardon

| DATE RECEIVED 10-14-05 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 4-5-06 | William David, DUSM | William David |